**S. J. Beaulieu, Jr., Chapter 13 Trustee**
(504)831-1313

433 Metairie Road, Suite307
Metairie, LA 70005

Debtor(s): _Timberlake_
Attorney: _Sandler_

Case No. _18-12489_
Date: _10·10·18_

---

| The following Deficiencies have been found in this case: |
| --- |

**I.**

Priority Claims: ☐ Case involves a Domestic Support Obligations (DSO)

☐ Taxes owed   ☐ Personal Injury debt   ☐ Student Loan   ☐ Debt due on Retirement Account

☐ Please Provide   ☐ Full name, address and telephone number of claim holder and State

Support Agency for DSO and ☐ Copy of Judgment for DSO ☐_____

☐ Credit counseling Certificate (Form 23) and Repayment Plan or Exemption Certificate (§ 521(b))

☐ To avoid a MTD, 60 days' pay advices needed (& days before MOC) for ☐ Debtor ☐ Spouse

☐ _____

☑ To avoid a MTD, debtor must provide (7 days before MOC) Tax Return(s) (or transcripts) for the

Tax year: ☑ _2017_

☑ Debtor(s) must certify the filing of all tax returns for the 4 years preceding the case

☐ Need Employment information and Income/Expense itemization on Non-Filing Spouse.

☐ Schedule I & J ☐ including statement of anticipant increase/decrease in income ☐Other

☐ Debtor in business/Self-Employed:

Debtor must provide: ☐ Statement of Affairs ☐ Balance Sheet   ☐ Profit & Loss   ☐ Business Budget

☐ Tax Returns for: _____

**II.**

☐ Fixed Fee Agreement _____

**Chapter 13 Plan:**

☑ Needs Court Approved Liquidation Analysis   ☐ Fails liquidation test: _____

☐ Applicable Commitment period is 60 months: ☐ Debtor's plan is for: _____ months.

☐ Broker's Price Opinion (BPO) on: ☐ Debtor's residence ☐ Other_____

☐ Must state collateral value for each secured creditor. _____

☐ Lines 7, 9, 10 and 21 exceed IRS Standards by $ _____ on Schedule J_____

☐ Need proof of charitable contribution (front and back of checks). Bank statements with contribution and totaled.

☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____

---

The deadline to respond to the Deficiencies is _10·17·18_.