United State Bankruptcy Court
Eastern District of Louisiana

IN THE MATTER OF  BANKRUPTCY NUMBER

**MICHELLE ANGELIQUE TIMBERLAKE 18-12489**

DEBTOR(S)

SECTION " A "
CHAPTER 13

## ORDER

Considering the Confirmation Hearing on the Debtor's Chapter 13 Plan was scheduled for November 27, 2018.

**IT IS ORDERED** that the Confirmation Hearing on the Debtor's Chapter 13 Plan is MOOT and the hearing cancelled as the Debtor(s) has not attended the §341 Meeting of Creditors as required under 11 U.S.C. §341.

New Orleans, Louisiana, November 16, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge